# ALABAMA COURT OF CRIMINAL APPEALS



August 16, 2024

**CR-2022-0813**
R.L.M., Jr. v. State of Alabama (Appeal from Baldwin Circuit Court: CC-21-444, CC-21-445, and CC-21-446)

## <u>NOTICE</u>

You are hereby notified that on August 16, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk